WILLIAM B. MERSEREAU, Respondent, *v.* L. K. HIRSCH COMPANY, Appellant.

*Mersereau* v. *Hirsch Co.*, 136 App. Div. 271, affirmed.
(Argued December 21, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 18, 1910, affirming a judgment in favor

of plaintiff entered upon the report of a referee in an action to recover on contract.

*Dana L. Jewell* for appellant.

*Creighton S. Andrews* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.